UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

Andrea Bradford

                 Defendant.

VIOLATION # 17 MAG 9096

ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Martin R. Goldberg,
United States Magistrate Judge

Dated: 29, day of June, 20 18.
Poughkeepsie, New York